IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLIE FRANK DARDY, #116706, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:16-CV-842-WKW [WO] |
| CHRISTOPHER J. HUGHES, | ) ) ) | |
| Defendant. | ) | |
| CHARLIE FRANK DARDY, #116706, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE NO. 3:16-CV-897-WKW [WO] |
| CHRISTOPHER J. HUGHES and KISHA ABERCROMBIE, | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 11.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED;

2. Plaintiff's claims are DISMISSED with prejudice as time-barred under 28 U.S.C. § 1915(e)(2)(B)(i);

3. Plaintiff's § 1983 claims are DISMISSED with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) and (iii);

4. Plaintiff's challenge to the constitutionality of his conviction and/or sentence is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii); and

5. This case is DISMISSED prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i), (ii), and (iii).

A final judgment will be entered separately.

DONE this 22nd day of March, 2017.

                                            /s/ W. Keith Watkins  
                                       CHIEF UNITED STATES DISTRICT JUDGE